FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 1 3 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 25-1338 DHU |
| ) | |
| vs. ) | Count 1: 18 U.S.C. §§ 1153, 2241(c), and |
| ) | 2246(2)(A): Aggravated Sexual Abuse. |
| **LORY LADD MUNIZ,** ) | |
| ) | |
| Defendant. ) | |

# INDICTMENT

The Grand Jury charges:

## Count 1

On or between January 1, 2018, to April 9, 2024, in Indian Country, in Rio Arriba County in the District of New Mexico, the defendant, **LORY LADD MUNIZ**, an Indian, unlawfully and knowingly engaged in and attempted to engage in a sexual act with John Doe, a child who had not then attained the age of 12 years, and the sexual act consisted of contact between the penis of the victim and the vulva of **LORY LADD MUNIZ**, involving penetration, however slight.

In violation of 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(A).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney