FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 21 2026

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL NO. 25-CR-01338 DHU |
| vs. | Count 1: 18 U.S.C. §§ 1153 and 113(a)(6): Assault Resulting in Serious Bodily Injury; |
| **LORY LADD MUNIZ,** | |
| Defendant. | Count 2: 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(A): Aggravated Sexual Abuse; |
| | Count 3: 18 U.S.C. § 1001(a)(2): False Statements and Representations. |

## S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury charges:

### Count 1

On or about April 19, 2009, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **LORY LADD MUNIZ**, an Indian, assaulted Jane Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

### Count 2

On or between January 1, 2018, to April 9, 2024, in Indian Country, in Rio Arriba County in the District of New Mexico, the defendant, **LORY LADD MUNIZ**, an Indian, unlawfully and knowingly engaged in and attempted to engage in a sexual act with John Doe, a child who had not then attained the age of 12 years, and the sexual act consisted of contact between the penis of the victim and the vulva of **LORY LADD MUNIZ**, involving penetration, however slight.

In violation of 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(A).

Count 3

On or about April 17, 2025, in Rio Arriba County, in the District of New Mexico, the defendant, **LORY LADD MUNIZ**, did willfully and knowingly make a materially false, fictitious and fraudulent statement in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating that she had never engaged in sexual relations while her children were present at the house, when in fact she had engaged in sexual relations while her children were present at the house.

In violation of 18 U.S.C. § 1001(a)(2).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney